AO 467 (Rev. 01/09) Order Requiring a Defendant to Appear in the District Where Charges are Pending and Transferring Bail

# UNITED STATES DISTRICT COURT

### for the

Northern District of California

**FILED**

DEC 17 2010

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT,
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| United States of America | ) |
| v. | ) |
| JERMAICA L. FREEMAN | ) |
| _____ | ) |
| *Defendant* | ) |

Case No.   4-10-71043-MAG

Charging District:   Northern District of Ohio, Toledo

Charging District's Case No.  3:10CR520

## ORDER REQUIRING A DEFENDANT TO APPEAR IN THE DISTRICT WHERE CHARGES ARE PENDING AND TRANSFERRING BAIL

     After a hearing in this court, the defendant is released from custody and ordered to appear in the district court where the charges are pending to answer those charges. If the time to appear in that court has not yet been set, the defendant must appear when notified to do so. Otherwise, the time and place to appear in that court are:

| Place: | 318 United States Court House 1716 Spielbusch Avenue Toledo, Ohio 43604 | Courtroom No.: 312, Mag. Judge James Knepp |
|---|---|---|
| | | Date and Time:  1/3/2011 at 2:30 p.m. |

     The clerk is ordered to transfer any bail deposited in the registry of this court to the clerk of the court where the charges are pending.

Date:  12/17/10

_____
*Judge's signature*

DONNA M. RYU, United States Magistrate Judge
*Printed name and title*

M Cc: Copy to parties via ECF, a certified copies to US Marshal Pretrial Svcs.